# EXHIBIT 1

**STATE OF SOUTH CAROLINA** )

**COUNTY OF** Greenville )

Jack Logan )

                        **Plaintiff(s)** )

             **vs.** )

Rolling Green Village )

                     **Defendant(s)** )

**Submitted By:** Jack Logan

**Address:** 5051 old Ansusta Rd
APt-C GNVl5C
29605

**IN THE COURT OF COMMON PLEAS**

**CIVIL ACTION COVERSHEET**

2023-CP- 23 - 01457

'23 MAR 23 AM 9:15
Paul Wickensimer COC GVL SC

SC Bar #: _____

Telephone #: 864-303-1030

Fax #: _____

Other: _____

E-mail: _____

NOTE: The coversheet and information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of docketing cases that are NOT E-Filed. It must be filled out completely, signed, and dated. A copy of this coversheet must be served on the defendant(s) along with the Summons and Complaint. **This form is NOT required to be filed in E-Filed Cases.**

## DOCKETING INFORMATION (Check all that apply)

***If Action is Judgment/Settlement do not complete***

☑ **JURY TRIAL** demanded in complaint.     ☐ **NON-JURY TRIAL** demanded in complaint.
☐ This case is subject to **ARBITRATION** pursuant to the Court Annexed Alternative Dispute Resolution Rules.
☐ This case is subject to **MEDIATION** pursuant to the Court Annexed Alternative Dispute Resolution Rules.
☐ This case is exempt from ADR. (Certificate Attached)

## NATURE OF ACTION (Check One Box Below)

| Contracts | Torts - Professional Malpractice | Torts – Personal Injury | Real Property |
|---|---|---|---|
| ☐ Constructions (100) | ☐ Dental Malpractice (200) | ☐ Conversion (310) | ☐ Claim & Delivery (400) |
| ☐ Debt Collection (110) | ☐ Legal Malpractice (210) | ☐ Motor Vehicle Accident (320) | ☐ Condemnation (410) |
| ☐ General (130) | ☐ Medical Malpractice (220) | ☐ Premises Liability (330) | ☐ Foreclosure (420) |
| ☐ Breach of Contract (140) | Previous Notice of Intent Case # | ☐ Products Liability (340) | ☐ Mechanic's Lien (430) |
| ☐ Fraud/Bad Faith (150) | 20____-NI-____-____ | ☐ Personal Injury (350) | ☐ Partition (440) |
| ☐ Failure to Deliver/ | ☐ Notice/ File Med Mal (230) | ☐ Wrongful Death (360) | ☐ Possession (450) |
|     Warranty (160) | ☐ Other (299) _____ | ☐ Assault/Battery (370) | ☐ Building Code Violation (460) |
| ☑ Employment Discrim (170) | | ☐ Slander/Libel (380) | ☐ Other (499) _____ |
| ☐ Employment (180) | | ☐ Other (399) _____ | |
| ☐ Other (199) _____ | | | |

| Inmate Petitions | Administrative Law/Relief | Judgments/Settlements | Appeals |
|---|---|---|---|
| ☐ PCR (500) | ☐ Reinstate Drv. License (800) | ☐ Death Settlement (700) | ☐ Arbitration (900) |
| ☐ Mandamus (520) | ☐ Judicial Review (810) | ☐ Foreign Judgment (710) | ☐ Magistrate-Civil (910) |
| ☐ Habeas Corpus (530) | ☐ Relief (820) | ☐ Magistrate's Judgment (720) | ☐ Magistrate-Criminal (920) |
| ☐ Other (599) | ☐ Permanent Injunction (830) | ☐ Minor Settlement (730) | ☐ Municipal (930) |
| | ☐ Forfeiture-Petition (840) | ☐ Transcript Judgment (740) | ☐ Probate Court (940) |
| _____ | ☐ Forfeiture—Consent Order (850) | ☐ Lis Pendens (750) | ☐ SCDOT (950) |
| | ☐ Other (899) _____ | ☐ Transfer of Structured | ☐ Worker's Comp (960) |
| | |     Settlement Payment Rights | ☐ Zoning Board (970) |
| | |     Application (760) | ☐ Public Service Comm. (990) |
| | | ☐ Confession of Judgment (770) | ☐ Employment Security Comm (991) |

| Special/Complex /Other | | | |
|---|---|---|---|
| ☐ Environmental (600) | ☐ Pharmaceuticals (630) | ☐ Petition for Workers | |
| ☐ Automobile Arb. (610) | ☐ Unfair Trade Practices (640) |     Compensation Settlement | |
| ☐ Medical (620) | ☐ Out-of-State Depositions (650) |     Approval (780) | ☐ Other (999) _____ |
| ☐ Other (699) _____ | ☐ Motion to Quash Subpoena in an | ☐ Incapacitated Adult | |
| ☐ Sexual Predator (510) |     Out-of-County Action (660) |     Settlement (790) | |
| ☐ Permanent Restraining Order (680) | ☐ Pre-Suit Discovery (670) | ☐ Other (799) _____ | |
| ☐ Interpleader (690) | | | |

**Submitting Party Signature:** _[signature]_     **Date:** 3-23-2023


**Note:** Frivolous civil proceedings may be subject to sanctions pursuant to SCRCP, Rule 11, and the South Carolina Frivolous Civil Proceedings Sanctions Act, S.C. Code Ann. §15-36-10 et. seq.

**Effective January 1, 2016,** Alternative Dispute Resolution (ADR) is mandatory in all counties, pursuant to Supreme Court Order dated November 12, 2015.

SUPREME COURT RULES REQUIRE THE SUBMISSION OF ALL CIVIL CASES TO AN ALTERNATIVE DISPUTE RESOLUTION PROCESS, UNLESS OTHERWISE EXEMPT.

**Pursuant to the ADR Rules, you are required to take the following action(s):**

1. The parties shall select a neutral and file a "Proof of ADR" form on or by the 210th day of the filing of this action. If the parties have not selected a neutral within 210 days, the Clerk of Court shall then appoint a primary and secondary mediator from the current roster on a rotating basis from among those mediators agreeing to accept cases in the county in which the action has been filed.

2. The initial ADR conference must be held within 300 days after the filing of the action.

3. Pre-suit medical malpractice mediations required by S.C. Code §15-79-125 shall be held not later than 120 days after all defendants are served with the "Notice of Intent to File Suit" or as the court directs.

4. Cases are exempt from ADR under ADR Rule 3(b) upon the following grounds:

   a. Special proceeding, or actions seeking extraordinary relief such as mandamus, habeas corpus, or prohibition;

   b. Requests for temporary relief;

   c. Appeals;

   d. Post Conviction relief matters;

   e. Contempt of Court proceedings;

   f. Forfeiture proceedings brought by governmental entities;

   g. Mortgage foreclosures; and

   h. Cases that have been previously subjected to an ADR conference, unless otherwise required by Rule 3 or by statute.

5. Cases may also be exempt from ADR under ADR Rule 3(c) upon motion to and approval by the court.

6. In cases not subject to ADR, the Chief Judge for Administrative Purposes, upon the motion of the court or of any party, may order a case to mediation.

7. Application of a party to be exempt from payment of neutral fees due to indigency should be filed with the Clerk of Court prior to the scheduling of the ADR conference.

**Please Note:**     **You must comply with the Supreme Court Rules regarding ADR.**
**Failure to do so may affect your case or may result in sanctions.**

STATE OF SOUTH CAROLINA,                )
COUNTY OF Greenville                    )   IN THE COURT OF COMMON PLEAS
                                        )
Jack Logan                              )
_____ Plaintiff,            )   SUMMONS
                                        )
vs.                                     )
                                        )   FILE NO. 2023-CP- 23 - 01457
Rollins Green Village                   )
_____ Defendant.            )

'23 MAR 23 AM 9:15
Paul Wickensimer COC SVL SC

TO THE DEFENDANT ABOVE-NAMED:

YOU ARE HEREBY SUMMONED and required to answer the complaint herein, a copy of which is herewith served upon you, and to serve a copy of your answer to this complaint upon the subscriber, at the address shown below, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Greenville                     , South Carolina

Dated: 3-23-2023

_____
Plaintiff Attorney for Plaintiff

Address: 5051 old August Road
         Apt-C

SCCA 401 (5/02)

STATE OF SOUTH CAROLINA,  )

COUNTY OF     GREENVILLE  )

)

)

Jack Logan  )

)

)

Plaintiff(s),  )

vs.  )

Rolling Green Village,  )

Robert Benson, Ryan Toerner  )

Samue Hill, Shannon Littig  )

Defendant(s).  )

Rich Ewanick, Bruce Vogelsberg, Ryan Hill, Sylvia Gambrell,

IN THE COURT OF COMMON PLEAS

CASE NO.: 2023CP2301457

Complaint

'23 MAR 23 AM 9:15
Paul Wickensimer COC GVL SC

verified

ENTERED COMPUTER

3-23-2023

Jack   Logan   Plaintiff

Versus

Rolling Green   Village - Defendant

1 Hoke  Smith  Blvd
Greenville, South Carolina  29615
Robert  Benson - Defendant / Employee
Ryan  Toerner - Defendant / Employee
Samuel  Hill - Defendant / Employee
Shannon  Littig - Defendant / Employee
Rich  Ewanick - Defendant / Employee
Bruce  Vogelsberg - Defendant / Employee
Ryan  Hill - Defendant / Employee
Sylvia  Gambrell - Defendant / Employee

I'm Jack  Logan - 5051 old Augusta Road
Apt - C  Greenville, S.C.  29605
Email  address  jlogan62@rocketmail.com
864 - 303 - 1030  Telephone  Contact.

This Civil Suit is based on
Discrimination by two or more of
the above defendants, This Suit is based
on Sexual Harrassment by one of the
defendants at the work place, This Suit
Con't →

is based on Slander Five or more of the defendants. This suit is based on Negligence by one or more of the defendants. All these incidents occurred at Rollins Green Village located at 1 Hoke Smith Blvd in Greenville, S.C. 29605

The Plaintiff Jack Logan Was Working at Rollins Green Village When all this occurred as a certified Nursing Assitant through a contract for a Nursing resistry in Greenville, S.C, 29615. Jack Logan is asking for 2 million dollars in this suit.
In the sexual harrassment there was also some extortion of money.
Later the Plaintiff will explain every claim incident.

Sincerely Yours
Jack Logan
3-23-2023

STATE OF SOUTH CAROLINA,           )
                                   )        IN THE COURT OF COMMON PLEAS
COUNTY OF    GREENVILLE            )
                                   )
                                   )        CASE NO.:    **2023-CP-23-** 01457
Jack Logan                         )
                                   )
_____          )
                                   )
_____          )
                        Plaintiff(s),  )   Amendment Complaint
                                   )
vs.                                )
                                   )
                                   )
Rollins Greene Village             )
Samuel Hill, Ryan Hill, Bruce      )
Vosselsburg, Rich Ewanick,         )
Shannon Littis,        Defendant(s).  )

See attached

4-3-2023

Jack Logan - Plaintiff
    vs
Rollins Green Village - Defendant

Amendment    to   Case # 2023CP2301457
Filed in Common Pleas Court in Greenville, S.C.
Filed 3-23-2023

Jack Logan a certified Nursing assistant
Contracted with Senior Helpers a Nursing
registry in Greenville, S.C. was hired to
the Case of the late Dr. Woodrow Lons to
be his Private sitter. Logan First Day
with Dr. Lons was 10-21-21. Dr. Lons
was housed in Skilled Nursing in Rollins
Green Healthcare. My hours was from
7:00 am until 3:00 P.M. Staff members
informed me at Rollins Green that Dr. Lons
could go anywhere he chose to. On 10-21-21
Dr. Lons and I went to the dining room
on 10-21, 22, 23-24 2021 each morning
For breakfast. Upon arrival a kitchen
worker Name Samuel Hill would yell out
here come the Police referring to me due
to the work I was doing in the community
against Gun Violence. Dr. Lons and I

2

Sat down at a table. White staffers at
Rollins Green would come up to me and
Say each morning you can't sit over him
with him, I had to go sit in the back
to the side of the dining room. DR. Lons
told them this is racism & he became so
upset after me being done this way
by staffers & Samuel Hill he refused to
go back. DR. Lons later was moved back
to his Condominium with his wife
Bobbi. LONS F-111 at Rollins Green an
independent living not regulated by
DHEC. Independent living at Rollins
Green only have a business license as
any other business. After DR. Lonss
death I became his wife Bobbi Lons
Caregiver. I began taking her to the
dining room. I'm a black male.
Bruce Vogelsburg, Rich Ewanick, Shannon
Littis also Cohersed together not to allow
the wife Bobbi Lons to come to the
dining room Claiming she couldn't feed
herself. This all was done because I'm
a black male sitting in a all white
dining area. She was a slow eater. Then
one day a Black male Lester Howard was
being interviewed by me for a possible

3

Sitter Position, we were in the dining room & employee Rich Ewanick walked over and said if he's going to eat here he's going to have to pay 18 dollars. under South Carolina Code of Laws 1-13-10/South Carolina Human Affairs Laws this is discrimination all above.

Sexual harrassment
16.3-2c

Samuel Earl Hill a kitchen worker came onto me in the building at Rolling Green village Health Care wanting me to sleep with him, Even down below Sniper Road right outside Rollins Green Gates he would intice money from me while on his lunch break. After I refused he would intentionally hold resident Bobbi. Longs food to last breakfast & lunch to stair at me and try to provoke me. He would throw kisses at me while on the line. He would walk around the table while taking other residents food & shake his butt cheeks at me in a Sexual manner. He done so much more.

STATE OF SOUTH CAROLINA,                )

COUNTY OF    GREENVILLE                  )
                                        )          IN THE COURT OF COMMON PLEAS
                                        )
                                        )
Jack Logan                              )          CASE NO.: 2023CP23O1457
                                        )
                                        )
                                        )
                        Plaintiff(s),   )
                                        )          Proof of Service
vs.                                     )
                                        )
Rollins Green Village                   )
                                        )
                                        )
                                        )
                        Defendant(s).   )



STATE OF SOUTH CAROLINA, )
)
COUNTY OF    GREENVILLE )
)
)
)
Jack Logan )
)
_____ )
)
_____ )
Plaintiff(s), )
)
vs. )
)
Rollins Green Village )
)
_____ )
)
_____ )
Defendant(s). )

IN THE COURT OF COMMON PLEAS

CASE NO.: 2023CP23o1457

Proof of Service

'23 APR 14 AM 9:46
Paul Wickensimer COC GVL SC

---

**COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rollins Green Village
1 Hoke Blvd
Greenville, S.C.
29615



9590 9402 7964 2305 1283 17

7022 0410 0002 0320 2205

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Karen Griffith

B. Received by (Printed Name)    C. Date
Karen Griffith

D. Is delivery address different from item 1?
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail®
☐ Registered M
☐ Registered M
   Delivery
☐ Signature Co
☐ Signature Co
   Restricted D

Domestic Retu

4-14-2023

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rollins Green Villag
1 Hoke Smith Blvd
Greenville S.C.
29615

9590 9402 8073 2349 9719 42

7022 0410 0002 0323 5483

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Jon Howell

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

Domestic Return Receipt

# USPS Tracking®

FAQs ›

Tracking Number:                                                                    Remove ✕

## 7022041000023202205

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:03 am on April 1, 2023 in GREENVILLE, SC 29615.

Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered
### Delivered, Front Desk/Reception/Mail Room
GREENVILLE, SC 29615
April 1, 2023, 11:03 am

**See All Tracking History**

Feedback

Text & Email Updates                                                                  ⌄

USPS Tracking Plus®                                                                    ⌄

Product Information                                                                    ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

FAQs >

Tracking Number:                                                                          Remove ✕

## 70220410000203235463

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:30 am on April 6, 2023 in GREENVILLE, SC 29615.

Get More Out of USPS Tracking:

   USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

GREENVILLE, SC 29615
April 6, 2023, 11:30 am

**See All Tracking History**

Feedback

---

**Text & Email Updates**                                                                      ⌄

---

**USPS Tracking Plus®**                                                                        ⌄

---

**Product Information**                                                                        ⌄

See Less ⌃

---

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs