AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jack Logan,<br>*Plaintiff*<br>v.<br>Rolling Green Village; Robert Benson;<br>Ryan Toerner; Samuel Hill; Shannon Littig;<br>Rich Ewanick; Bruce Vogelsberg; Ryan Hill;<br>Sylvia Gambrell,<br>*Defendant(s)* | Civil Action No.    6-23-cv-1800-TMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

■ other: Defendants' motion to dismiss is granted and plaintiff's amended complaint is dismissed with prejudice.

This action was:

■ decided by the Honorable Timothy M. Cain.

Date:  January 22, 2024

CLERK OF COURT

s/L. K. McAlister, Deputy Clerk

*Signature of Clerk or Deputy Clerk*